

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00097-CV

| | | |
|---|---|---|
| HOWARD W. MCGEE, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-309162-19) |
| V. | § | May 20, 2021 |
| | § | |
| ABDIRAHMAN ABDIRIZAK D/B/A NFI TRANSPORTATION, Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth